UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOANNE CHEE,

               Plaintiff,

  -against-


STATEN ISLAND ADVANCE
PUBLICATIONS,

               Defendant.
-------------------------------------------------------X

<u>ORDER</u>

12-CV-1093(WFK)(LB)

      This Court has reviewed the Report and Recommendation of Magistrate Judge Lois Bloom dated September 6, 2012 in the above-captioned action. The Report and Recommendation addresses the failure by Plaintiff to appear at three Court-ordered conferences. The Report and Recommendation recommends dismissing this action pursuant to Fed R. Civ. P. 16(f) and 37(b)(2)(A)(v). No objections have been filed. This Court hereby adopts the Report and Recommendation in its entirety.

      It is hereby ORDERED that 12-CV-1093 is dismissed.


**SO ORDERED**

Dated: Brooklyn, New York
       October 16, 2012

                                               s/WFK

                                        HON. WILLIAM F. KUNTZ, II
                                        United States District Judge